**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

| | |
|---|---|
| **HOPE BRANHAM, MISSION EVANGELICAL BRANHAM CHURCH OF TEXAS**<br>**Plaintiff,**<br><br>**BANK OF AMERICA N,A,**<br>**Defendants.** | **CIV CASE NO. 4:23-cv-00959-O-BP**<br><br>**COMPLAINT FOR MONETARY RELIEF AND JURY TRIAL REQUEST** |

**RESPONSE TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** AND **COMPLAINT TO REQUEST MONETARY RELIEF AND DEMAND FOR JURY TRIAL**

The Plaintiff, Hope Branham representative of Mission Evangelical Branham Church of Texas sues , Bank of America, N.A., for . 12 U.S. Code § 1867, 12 U.S. Code § 5009 , *Morris v. Bank of Am.*, 3:18-CV-157-RJC-DSC (W.D.N.C. Jan. 21, 2022)

I am here in propria persona making a special appearance as the General Executor, Grantor, Beneficiary, Director, and Administrator of the ESTATE and TRUST being administrated in this case relating to the NAMED PLAINTIFF

**INTRODUCTORY STATEMENT**

This is a civil action complaint brought by a resident of 12325 Penson Street ,Haslet Texas 76052 , Tarrant County against Bank of America ,NA for violations of the Bank Law Bank pursuant to 12 U.S.C. § 1818(i), through the issuance of a Notice of Assessment of a Civil Money Penalty, for the Bank's violations of law, including 12 C.F.R. § 21.21(d)(1) and 12

C.F.R. § 21.11.which prohibits banks from engaging in abusive, deceptive, fraudulent and unfair practices against a consumer .UCC Code § 3-301

Defendant Bank of America NA received a check under my non-profit organization(church) and its pastor .Bank of America accepted the check and deposited the check into the account .I had a personal bank account as well as a business account with Bank of America .I am the representative and the legal counsel of our organization .

Bank of America NA received the funds 2 days after the check was deposited and Bank of America verified the check with the check issuer the same week.

Bank of America NA advised us that the check was not disbursed, and the other Bank (Navy Federal Credit Union) has not released the money yet. Navy Federal Credit union was contacted by the check issuer. Navy Federal confirmed that the check was released it has been a week and that they asked to speak to somebody at Bank of America NA . Bank of America NA refused the communication .Bank of America NA gave me a turnaround for over 2 months lying that it didn't receive the money yet and ruining my credit (reputation in the process) after the check issuer and the Bank Issuer made clear that everything was okay with the check .Bank of America NA was negligent and ignored the situation .Negligence is punishable under the UCC and Banking law .Bank of America NA lied about receiving the money and Bank of America NA contacted the check issuer closer family member to verify the check .Bank of America NA broke the private policy law of its consumers. Bank of America NA finally decided to flag both of my accounts for frauds unfairly with bad faith and dishonesty .Bank of America NA went too far to request my organization and my name be put on CHEXSYSTMES ,EARLY RELEASE Services and my credit and my organization reputation was destroyed cause we were denied to open an account elsewhere ( 15 U.S.C.

1681 ( a ) Accuracy and fairness of credit reporting The Congress makes the following findings : ( 1 )

The banking system is dependent upon fair and accurate credit reporting. Your company is blatantly violating federal law ( 15 U.S. Code 1611- Criminal liability for willful and knowing violation Whoever willfully and knowingly ( 1 ) gives false or inaccurate information can be held liable ) Bank of America NA has violated the banking law on credit reporting .

Bank of America NA negligence has financially and tremendously injured us .

After 2 months into the problem Bank of America NA as decided to send me $10.00 and they said they keep the rest of the money in the hold back office(I don't know what that back office is ).I contacted OCC ,I contacted helpwithmybank ,CFPB and finally my senator (whom advised me to file a lawsuit cause Bank of America Na is more powerful than them .I don't think any Bank or anybody is above the law .One week after the lawsuit was filed the check was released and it arrived home very very quickly.

Just to show you that if it wasn't for the lawsuit we wouldn't have received that money and its so obvious that Bank of America NA has been doing that to its customers and has continued to do it .

12 U.S. Code § 1867 ,12 U.S. Code § 1954 ,12 U.S. Code § 1958 ,12 U.S. Code § 3308 ,12 U.S. Code § 3311 ,12 U.S. Code § 3303 ,12 U.S. Code § 5009

*Jones v. Bank of Am., N.A.*, 564 F. App'x 432 (11th Cir. 2014)

Your Honors ,my organization and I are the injured party in this matter ,the lawyers ,Bank Staff has not been injured I have been injured by Bank of America NA and Bank of America NA has repeatedly broke the law .

Your honor I was told by Bank of America NA lawyers that I couldn't represent myself .I have the right to represent myself 'in my own woman' without an active BAR registered ATTORNEY. And to intelligently defend myself, I must know the jurisdiction that this court is operating under, because the Rules of Criminal Procedure under a Common Law jurisdiction are very different from the Rules under an

Admiralty jurisdiction.

12 U.S.C. § 1818 and 12 C.F.R. Part 19; Justice Act, 5 U.S.C. § 504 and 28 U.S.C. § 2412;

Federal Rule of Civil Procedure 1 7(a)(1) which requires that "an action must be prosecuted in the name of the real party in interest." See also, In re Jacobson, 402 B.R. 359, 365-66 (Bankr. W.D. Wash. 2009); In re Hwang, 396 B.R. 757,766-67 (Bankr. C.D. Cal.

2008).

If I can't represent myself provide proof that all B.A.R. ATTORNEYS pursuant to **22 USC 611** are not "Foreign Agents" of "Foreign Principals"

Provide proof that Federal Rules of Civil Procedure **12(b)(6)** does not state: the prosecution has failed to provide adequate proof that the parties or agents involved in this situation are corporate entities without presumptions or opinions.

**A. The practice of Law CANNOT be licensed by any state/State. Schware v. Board of Examiners, 353 U.S. 238, 239**

**B. The practice of Law is AN OCCUPATION OF COMMON RIGHT! Sims v. Aherns, 271 S.W. 720 (1925)**

Its so clear that I have the right to represent myself and my organization .

Your HONOR, please grant my request based on the law that you know this Bank have broken. Your HONOR you know that you took an Oath to protect us from greedier people like these Banks. Please approve my request.

Plaintiff requests the Court to order Bank of America NA to pay over $500,000 for violating consumer law. *Tex. Bus. and Comm. Code § 17.58*

1. Plaintiff requests the Court to order Bank of America NA to pay $150,000 for Defamation of character Texas Civil Practice and Remedies Code § 73.001 *is the statutory basis for libel actions in Texas.* Section 73.001 defines libel as written defamation that injures a dead or living person's reputation. The defamatory statement "thereby expose[s] the person to public hatred, contempt or ridicule, or financial injury."
2. Plaintiff requests the Court to order Bank of America NA to pay $100,000 for violating Banking secrecy
3. Plaintiff requests the Court to order Bank of America NA to pay $250,000 for violating credit Reporting law and ruining the organization reputation and the consumer reputation ( 15 U.S.C. 1681) for blacklisting and defemation , *See* Cal. Lab. Code §§ 1050–1053
4. Plaintiff requests the Court to order Bank of America NA fix credit reporting for consumer and organization with ChexSystems and Early Release, LexisNexis(( 15 U.S.C. 1681) ,
5. Plaintiff requests the Court to grant all my injuries fees as requested ,
6. Plaintiff requests the Court to order all other relief allowed by law deemed just and proper. 2d 603, 604 (Tex. 1978). Negligence per se is proven by showing,

among other things, that the defendant violated a statute for which tort liability may be imposed, without excuse, and that the act in violation of the statute proximately caused the plaintiff's injury

7. Plaintiff requests the Court to order Bank of America NA to pay monetary loss and injury to Plaintiff within 90 days of the order being entered .
8. Only this State Court can govern the address and location of Plaintiff's property because it has territorial and subject matter jurisdiction to exercise justice, jurisprudence, and due process in this cause of action.

Plaintiff is a harmed and injured Fraud Victim via Bank of America NA.Plaintiff has firsthand knowledge with presented facts of positive Court evidence and claims, says here and will verify facts in open Court of Record, should requested 12 members Trial by Jury be granted and that all herein, be true. **All offers are accepted for honor pursuant to 40 Stat 411, Section 7(e) and 50 USC §4305 (b) (2).** Plaintiff has suffered irreparable injury because Defendant blacklisting and defemation.

Lastly, pursuant to **Civil Rule 11**. Plaintiff has not presented anything for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation yet, having been duly sworn, states that all contained within said Claim .Plaintiff request 12 members Trial by Jury Request lawsuit Attorney's forced by court Complaint is true to the best of Plaintiff's knowledge. Plaintiff agrees to provide the Clerk's Office with any changes to Plaintiff's address where case-related papers may be lawfully and properly served.
Plaintiff comprehends that failure to keep current address on file with the Clerk's Office may result in the dismissal of this case.

Respectfully Submitted, ( 15 U.S.C. 1681

**By:** ______________________________ **Date: _10/26/2023______________________**

HOPE BRANHAM
HOPEBRANHAM9@GMAIL.COM
12325 PENSON STREET HASLET TEXAS 76052
682.230.2542

X ______________________________

Hope Branham